**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| LEROY CAMPBELL, | § | |
| 62540, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION   H-06-3755 |
| | § | |
| SEARS ROEBUCK AND COMPANY, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## Opinion on Transfer

Leroy Campbell, sues Sears Roebuck Co., a shopping mall in Monroe, Louisiana, and several individuals employed by Sears or the shopping mall.   Campbell claims false arrest, false imprisonment, and assault by Sears and mall employees. All of the events underlying Campbell's claims occurred in Monroe, Louisiana, and most of the defendants reside there.

This case should be transferred to the district of the events under the discretionary general venue statutes. 28 U.S.C. § 1404(a); 28 U.S.C. § 1391. This case should be transferred to the United States District Court for the Western District of Louisiana.

Signed at Houston, Texas, on December 11, 2006.

_____
Lynn N. Hughes
United States District Judge